# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEON TREMELL LEE

NO. 2021 KW 1593

**FEBRUARY 25, 2022**

---

In Re:     Deon Tremell Lee, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 09-97-0459.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**   The East Baton Rouge Parish Clerk of Court
has no record of having received a Petition for Writ of Habeas
Corpus (allegedly filed on December 10, 2021).   Relator should
file the motion with the district court before seeking relief
from this court.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT